UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT Greeneville

Rodney Smallwood )
)
_____ )
)
_____ )
Name of plaintiff (s) )
)
v. )  Case No. 2:23-CV-176
Heady Barley )  (to be assigned by Clerk)
  code enforcement )
)
Preston )
Head to code enforcement )
Name of defendant (s) )

COMPLAINT

1. A short and plain statement of the grounds for filing this case in federal court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

_____

_____

2. Plaintiff, Rodney Smallwood resides at 1813 mary st, Johnson city
street address / city
Washton , TN , 37604 (330) 367-9150.
county    state   zip code   telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

_____

_____

1

3. Defendant, __Heady Barley__ lives at, or its business is located at __City Hall__ street address, __Johnson City__ city, __Washton__ county, __TN__ state, _____ zip code.

(if more than one defendant, provide the same information for each defendant below)

__Preston Director of code enforcement__

4. Short and plain statement of your claim (state as briefly as possible the facts of your case and how each defendant is involved. You may use additional paper if necessary):

Suing city code enforcement for stealing my personal property, Harassment, violation of civil Rights and Trespassing. code enforcement Removed Items from my property with out Taking me to court
2

5. A demand for judgment for the relief you seek (list what you want the Court to do):

a. I would like to have the city to pay for the property they removed
b. that was for repairing my house.

c. I would like be comsated for what they put me through and Harassment,
d. Trespassing, vielation of civil Rights

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this __Dec__ day of __19__, 20__23__.

_Rodney Smallwood_
Signature of plaintiff (s)

1813 mary st,
Johnson city TN
37604

3