UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| RODNEY SMALLWOOD, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:23–CV–176 |
| HEADY BARLEY and PRESTON, | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated January 17, 2024. [Doc. 8]. In that Report and Recommendation, the Magistrate Judge recommends that Plaintiff's Application to Proceed In Forma Pauperis With Supporting Documentation [Doc. 2] be granted, but that Plaintiff's Complaint [Doc. 1] be dismissed based on *res judicata* and failure to state a claim. [Doc. 8 at 2, 6]. No party has filed objections to the recommendation in the time allowed. *See* Fed. R. Civ. P. 72. After consideration of the record as a whole and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby **ORDERED** that the Report and Recommendation [Doc. 8] is **ADOPTED** and **APPROVED**, and that the Plaintiff's Complaint [Doc. 1] is **DISMISSED**.[1] The Clerk is **DIRECTED** close the case.

---

[1] Plaintiff's Complaint in this action is nearly identical to the Complaint he filed in his prior case before this Court, Case No. 2:22-CV-130, which the Court dismissed on January 4, 2023. [Doc. 8 in Case No. 2:22-CV-130]. "There is no hint in the record that any viable claim exists. Plaintiff's earlier filings of course inform the Court's exercise of discretion here. Plaintiff should not get many bites at the apple by realleging the same invalid theories in pleadings that differ only by the filing date." *Whitmore v. Shelby Cty. Div. of Corr.*, No. 2:19-cv-2143, 2020 U.S. Dist. LEXIS 178049 at *5-6 (W.D. Tenn. Sept. 28, 2020). Plaintiff is **ON NOTICE** that subsequently filed

So ordered.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE

---

lawsuits that repeat the claims he has previously alleged and/or do not adequately allege a cause of action against Defendants may be dismissed as malicious. "[C]ourts have held that an *in forma pauperis* complaint that merely repeats pending or previously litigated claims may be dismissed under 28 U.S.C. § 1915(e)(2)(i) as frivolous or malicious." *Miller v. Unknown Gregg*, No. 2:23-cv-169, 2023 U.S. Dist. LEXIS 166659 at *3–*4 (W.D. Mich. Sept. 19, 2023) (collecting cases).